FRIEDA DWORETZKY, Appellant, v. SAMUEL DWORETZKY, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of PHILIP E. DONLIN, Committee of CARRIE SCHULTZ, an Incompetent Person. WILLIAM J. TIFFANY, Commissioner of the Department of Mental Hygiene of the State of New York, et al., Appellants; PHILIP E. DONLIN et al., Respondents.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ELIZABETH O. KISER, Appellant, v. NATIONAL TRANSPORTATION CO., INC., Defendant, and STEPHEN MOLNAR, Defendant-Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ESTANISLA GONZALES, Respondent, v. 448 WEST 53RD STREET REALTY CORPORATION, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HOWARD DUANE, as Receiver of Investors Fund of America, Incorporated, Respondent, v. J. ARTHUR WARNER et al., Individually and as Copartners Doing Business Under the Name of J. ARTHUR WARNER & COMPANY, Appellants, et al., Defendants.— No opinion. Settle order on notice. Present—Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM C. STOW, Respondent, v. L. MIDDLEDITCH COMPANY, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LOUIS PAGANO, as Administrator of the Estate of NICHOLAS PAGANO, Deceased, Respondent, v. MARY DROUKAS, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHARLES MOORE, Individually and as President of Compressed Air, Foundation, Caisson, Tunnel, Subway, Sewer, Cofferdam Construction Local Union No. 147 of New York, New Jersey States and Vicinities, et al., Respondents, v. JOSEPH V. MORESCHI, Individually and as President of International Hod Carriers', Building and Common Laborers' Union of America, et al., Appellants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [179 Misc. 475.]

A. PINES & SON, INC., Appellant, v. 150 WEST 30TH ST., INC., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse the order entered on or about October 31, 1942, and grant the motion to strike out the defenses contained in the answer to the amended complaint.